NO. 07-11-00400-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 28, 2012

---

MERIDITH ANN KNIGHT, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

---

FROM THE COUNTY COURT AT LAW NO 2 OF BRAZOS COUNTY;

NO. 09-04792-CRM-CCL2; HONORABLE JAMES W. LOCKE, JUDGE

---

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON MOTION TO DISMISS**

Appellant, Meridith Ann Knight, filed Notice of Appeal to appeal a judgment finding her guilty of the offense of possession of marijuana in an amount of less than two ounces, and sentence of 180 days confinement in the Brazos County Jail and $2,000 fine which was suspended for a period of twelve months and a $1,250 fine. Appellant's counsel filed a Motion to Dismiss Appeal on September 21, 2012.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at

appellant=s request, no motion for rehearing will be entertained and our mandate will issue.

Mackey K. Hancock
Justice

Do not publish.